**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**February 16, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-50041
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAYMOND MONTOYA MANCHA, SR.,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-03-CR-102-1

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

Raymond Montoya Mancha, Sr., appeals his conviction for aiding and abetting the distribution of cocaine within one thousand feet of a school and conspiracy to distribute cocaine within one thousand feet of a school. He contends only that evidence of his two prior cocaine-related convictions should not have been admitted because they were unduly prejudicial. The district court did not abuse its discretion by concluding that the prejudicial value of the evidence was not substantially outweighed by the danger of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

unfair prejudice.  See <u>United States v. Beechum</u>, 582 F.2d 898, 911 (5th Cir. 1978) (<u>en banc</u>).  The judgment of the district court is

**AFFIRMED**.